**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1849

STARSHA M. SEWELL, A Natural Person and Resident of Maryland On Behalf
of Herself and Her African American Son's,

Plaintiff - Appellant,

v.

DEBORAH K. CHASANOW, A Natural Person, acting as a Federal Judge In the
United States of America,

Defendant - Appellee.

Appeal from the United States District Court for the Maryland, at Baltimore.  James K.
Bredar, Chief District Judge.  (1:16-cv-03256-JKB)

Submitted:  November 27, 2017                    Decided:  December 6, 2017

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order returning various documents to Sewell because the case was closed. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Sewell v. Chasanow*, No. 1:16-cv-03256-JKB (D. Md. July 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*